```
                    FILED
            CLERK, U.S. DISTRICT COURT

                 OCT 3 0 2008

            CENTRAL DISTRICT OF CALIFORNIA
            BY                      DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CRISTINO PEREZ,<br><br>      Petitioner,<br><br>v.<br><br>DEBRA DEXTER, Warden,<br><br>      Respondent. | No. CV 07-5627-AHM (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING RESPONDENT'S MOTION TO DISMISS |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Respondent's motion to dismiss the Petition is **denied**.

**It is so ordered.**

DATED: October 30, 2008

*/s/ A. Howard Matz*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE