# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CRISTINO PEREZ, | ) |
|          Petitioner, | ) No. CV 07-5627-AHM (RCF) |
|     v. | ) JUDGMENT |
| DEBRA DEXTER, Warden, | ) |
|          Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

Dated: May 19, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE